1   Eric H. Gibbs (California Bar No. 178658)
    Matthew B. George (California Bar No. 239322)
2   Scott Grzenczyk (California Bar No. 279309)
    **GIRARD GIBBS LLP**
3   601 California Street, 14th Floor
    San Francisco, CA 94108
4   Telephone:  (415) 981-4800
    Facsimile:  (415) 981-4846
5   ehg@girardgibbs.com
    mbg@girardgibbs.com
6   smg@girardgibbs.com

7   *Counsel for Individual and Representative Plaintiff Hoa Tran*

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  HOA TRAN,                              CASE NO: 5:12-CV-04970-EJD

12             Plaintiff,                  **CLASS ACTION**

13       v.

14  SVTC TECHNOLOGIES, INC.; SVTC          **NOTICE OF PROPOSED SETTLEMENT
    SOLAR, INC.; SVTC TECHNOLOGIES, LLC,   OF CLASS ACTION AND STIPULATION
15                                         TO TAKE APRIL 26, 2013, CASE
                                           MANAGEMENT CONFERENCE OFF
16             Defendants.                 CALENDAR**

17

18

19

20

21

22

23

24

25

26

27

28

1    It is hereby stipulated and agreed between Plaintiff and Defendants, acting by and through

2  their duly authorized counsel of record, that the parties have reached a proposed class action

3  settlement, and hereby request that the Court take the initial Case Management Conference

4  currently scheduled for April 26, 2013 at 10:00 A.M. in Courtroom 4, 5th Floor, U.S. Courthouse,

5  San Jose, California, off calendar, and Plaintiff will file a motion to preliminary approve the

6  settlement no later than May 3, 2013.

7    As the parties previously informed the Court on March 7, 2013, Defendant SVTC

8  Technologies, LLC has assigned all of its assets to a liquidation company for the benefit of its

9  creditors; Defendant SVTC Solar, Inc. has sold its assets to the State University of New York; and

10  their parent company, Defendant SVTC Technologies, Inc. similarly intends to liquidate.  Despite

11  the dissolution of the Defendants, the parties have negotiated a proposed settlement that would

12  resolve the litigation in its entirety and provide monetary relief for class members.  At the time of

13  our last update to the Court, the parties were working through some logistical issues to ascertain

14  the class and obtain payroll data to facilitate distributing the settlement.  The parties have now

15  completed that process and are documenting the settlement.  Accordingly, Plaintiffs intend to file a

16  motion for preliminary approval of the settlement pursuant to Federal Rule of Civil Procedure 23

17  by May 3, 2013, and therefore request the current initial case management conference be taken off

18  calendar.

19

20

21  DATED: April 19, 2013            RESPECTFULLY SUBMITTED,

22

23                                   MATTHEW B. GEORGE
                                     **GIRARD GIBBS LLP**

24

25                                   By:____/s/_____
26                                        Matthew B. George
                                          mbg@girardgibbs.com
27                                        Attorneys for Plaintiff Hoa Tran

28
─────────────────────────────────────────────
**1**
**NOTICE OF PROPOSED SETTLEMENT OF  CLASS ACTION**
**AND STIPULATION TO TAKE CMC OFF CALENDAR**
Tran v. SVTC Technologies, Inc., Case no. 5:12-cv-04970-EJD

1  STEVEN M. SCHNEIDER
   GERALD T. HATHAWAY
2  **MITCHELL SILBERBERG & KNUPP LLP**

3

4  By: _____/s/_____
        Steven M. Schneider
5       sms@msk.com
        Gerald T. Hathaway (*Pro Hac Vice*)
6       gth@msk.com
        Attorneys for Defendants
7       SVTC Technologies, Inc., SVTC Solar, Inc.,
        SVTC Technologies, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[~~PROPOSED~~]** **ORDER**

2          FOR GOOD CAUSE SHOWN, the initial Case Management Conference currently

3  scheduled for April 26, 2013, at 10:00 A.M. in Courtroom 4, 5th Floor, U.S. Courthouse, San

4  Jose, California, is hereby taken off calendar.  Plaintiff shall file his motion for preliminary

5  approval of the parties' proposed class action settlement pursuant to Federal Rule of Civil

6  Procedure 23 by May 3, 2013.  Plaintiff shall contact the Courtroom Deputy to reserve the

7   hearing date prior to filing the motion for preliminary approval.

8  DATED:  April  19  2013          _____

9                                            Edward J. Davila
                                            U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28