Eric H. Gibbs (California Bar No. 178658)
Matthew B. George (California Bar No. 239322)
Scott Grzenczyk (California Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
ehg@girardgibbs.com
mbg@girardgibbs.com
smg@girardgibbs.com

*Counsel for Individual and Representative Plaintiff Hoa Tran*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA TRAN,<br><br>           Plaintiff,<br><br>     v.<br><br>SVTC TECHNOLOGIES, INC.; SVTC SOLAR, INC.; SVTC TECHNOLOGIES, LLC,<br><br>           Defendants. | CASE NO: 5:12-CV-04970-EJD<br><br>**CLASS ACTION**<br><br>**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND STIPULATION TO TAKE APRIL 26, 2013, CASE MANAGEMENT CONFERENCE OFF CALENDAR** |

1    It is hereby stipulated and agreed between Plaintiff and Defendants, acting by and through their duly authorized counsel of record, that the parties have reached a proposed class action settlement, and hereby request that the Court take the initial Case Management Conference currently scheduled for April 26, 2013 at 10:00 A.M. in Courtroom 4, 5th Floor, U.S. Courthouse, San Jose, California, off calendar, and Plaintiff will file a motion to preliminary approve the settlement no later than May 3, 2013.

As the parties previously informed the Court on March 7, 2013, Defendant SVTC Technologies, LLC has assigned all of its assets to a liquidation company for the benefit of its creditors; Defendant SVTC Solar, Inc. has sold its assets to the State University of New York; and their parent company, Defendant SVTC Technologies, Inc. similarly intends to liquidate. Despite the dissolution of the Defendants, the parties have negotiated a proposed settlement that would resolve the litigation in its entirety and provide monetary relief for class members. At the time of our last update to the Court, the parties were working through some logistical issues to ascertain the class and obtain payroll data to facilitate distributing the settlement. The parties have now completed that process and are documenting the settlement. Accordingly, Plaintiffs intend to file a motion for preliminary approval of the settlement pursuant to Federal Rule of Civil Procedure 23 by May 3, 2013, and therefore request the current initial case management conference be taken off calendar.

DATED: April 19, 2013              RESPECTFULLY SUBMITTED,

                                   MATTHEW B. GEORGE
                                   **GIRARD GIBBS LLP**


                                   By:    /s/
                                       Matthew B. George
                                       mbg@girardgibbs.com
                                       Attorneys for Plaintiff Hoa Tran

---

**1**
**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**
**AND STIPULATION TO TAKE CMC OFF CALENDAR**
Tran v. SVTC Technologies, Inc., Case no. 5:12-cv-04970-EJD

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   | STEVEN M. SCHNEIDER                                      |
| 2   | GERALD T. HATHAWAY                                       |
|     | **MITCHELL SILBERBERG & KNUPP LLP**                      |

By: ___/s/_____
    Steven M. Schneider
    sms@msk.com
    Gerald T. Hathaway (*Pro Hac Vice*)
    gth@msk.com
    Attorneys for Defendants
    SVTC Technologies, Inc., SVTC Solar, Inc.,
    SVTC Technologies, LLC

1    **[PROPOSED] ORDER**

2         FOR GOOD CAUSE SHOWN, the initial Case Management Conference currently
3    scheduled for April 26, 2013, at 10:00 A.M. in Courtroom 4, 5th Floor, U.S. Courthouse, San
4    Jose, California, is hereby taken off calendar.  Plaintiff shall file his motion for preliminary
5    approval of the parties' proposed class action settlement pursuant to Federal Rule of Civil
6    Procedure 23 by May 3, 2013.  Plaintiff shall contact the Courtroom Deputy to reserve the
7    hearing date prior to filing the motion for preliminary approval.

8    DATED: April  19  2013              _____
                                          Edward J. Davila
9                                         U.S. District Judge