Eric H. Gibbs (California Bar No. 178658)
Matthew B. George (California Bar No. 239322)
Scott Grzenczyk (California Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
ehg@girardgibbs.com
mbg@girardgibbs.com
smg@girardgibbs.com

Counsel for Individual and Representative Plaintiff Hoa Tran

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOA TRAN,<br><br>             Plaintiff,<br><br>     v.<br><br>SVTC TECHNOLOGIES, INC.; SVTC SOLAR, INC.; SVTC TECHNOLOGIES, LLC,<br><br>             Defendants. | CASE NO: 5:12-CV-04970-EJD<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:       Edward J. Davila<br>Date:        July 12, 2013<br>Time:        9:00 a.m.<br>Courtroom:   4 |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on July 12, 2013, at 9:00 a.m., in Courtroom 4, Plaintiff Hoa
3  Tran will move the Court for an order pursuant to Federal Rule of Civil Procedure 23 granting Plaintiff's
4  Motion for Preliminary Approval of Class Action Settlement ("Motion").  The proposed settlement will
5  fully resolve this proposed Class Action and will establish a fund of $117,500 to pay the claims of
6  approximately 130 Class Members on their claims that Defendants violated the California and federal
7  WARN Acts by terminating them from employment in fall 2012 without 60 days of advance notice.
8  Specifically, Plaintiff's Motion seeks entry of the proposed order attached hereto as Exhibit A to the
9  Settlement Agreement filed herewith:

    (1) granting preliminary approval of the settlement proposed by the Parties (the "Settlement"), on the terms set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Matthew B. George;

    (2) certifying the class for settlement purposes only;

    (3) approving the proposed form and manner of notice to the class attached as Exhibit B to the Settlement Agreement; and

    (4) setting a final fairness hearing for determining final settlement approval and Class Counsel's fee and expense application.

18  As explained more fully in the accompanying memorandum, Plaintiff believes the settlement is fair,
19  reasonable, adequate, and in the best interests of the class members.  Plaintiff's Motion is based on this
20  Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of
21  Matthew B. George and exhibits submitted herewith, and any other papers filed in support of the
22  Motion as well as any argument of counsel at the hearing, if necessary.

Respectfully submitted,

Dated: May 3, 2013            **GIRARD GIBBS LLP**


By:   /s/ Matthew B. George

Eric Gibbs
Matthew B. George
Scott Grzenczyk

1

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 5:12-CV-04970-EJD

601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Individual and Representative Plaintiff Hoa Tran*