IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOA TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>SVTC TECHNOLOGIES INC.,<br><br>Defendant(s). | CASE NO. 5:12-cv-04970 EJD<br><br>**ORDER RE: HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Docket Item No(s). 17] |

Having reviewed Plaintiff's Motion for Preliminary Approval of Class Action Settlement (see Docket Item No. 17), the court has determined that a hearing on the motion *will* be necessary. Accordingly, the hearing scheduled for 9:00 a.m. on August 9, 2013, shall remain as currently set. All parties may appear by telephone through CourtCall.

**IT IS SO ORDERED.**

Dated: August 5, 2013

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge