Eric H. Gibbs (California Bar No. 178658)
Matthew B. George (California Bar No. 239322)
Scott Grzenczyk (California Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
ehg@girardgibbs.com
mbg@girardgibbs.com
smg@girardgibbs.com

Counsel for Individual and Representative Plaintiff Hoa Tran

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOA TRAN,<br><br>                Plaintiff,<br><br>     v.<br><br>SVTC TECHNOLOGIES, INC.; SVTC SOLAR, INC.; SVTC TECHNOLOGIES, LLC,<br><br>                Defendants. | CASE NO: 5:12-CV-04970-EJD<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:         Edward J. Davila<br>Date:          December 6, 2013<br>Time:         9:00 a.m.<br>Courtroom:  4 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 6, 2013, at 9:00 a.m., in Courtroom 4, Plaintiff Hoa Tran will move the Court for an order pursuant to Federal Rule of Civil Procedure 23, as well as the federal and California WARN Acts, 29 U.S.C. §§ 2102, 2104 and Cal. Lab. Code § 1404, granting Plaintiff's Motion for Attorneys' Fees and Costs.  Specifically, Plaintiff's Motion seeks entry of the proposed order filed herewith:

(1) granting attorneys' fees to Class Counsel in the amount of 25% of the Settlement Fund, or $29,375, on the terms set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Matthew B. George; and

(2) granting reimbursement to Class Counsel of $7,325.15 from the Settlement Fund for their litigation expenses as well as the costs of settlement administration.

As explained more fully in the accompanying memorandum, the requested award of attorneys' fees and costs is within the benchmarks set for class action settlements in the Ninth Circuit, is consistent with awards in other WARN Act settlements, and is reasonable considering the facts and circumstances of this case and the efforts of Class Counsel.  Plaintiff's Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Matthew B. George and exhibits submitted herewith, and any other papers filed in support of the Motion as well as any argument of counsel at the hearing, if necessary.

Respectfully submitted,

Dated: September 19, 2013              **GIRARD GIBBS LLP**

By:   /s/ Matthew B. George

Eric Gibbs
Matthew B. George
Scott Grzenczyk
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

*Attorneys for Individual and Representative Plaintiff Hoa Tran*