Eric H. Gibbs (California Bar No. 178658)
Matthew B. George (California Bar No. 239322)
Scott Grzenczyk (California Bar No. 279309)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:   (415) 981-4846
ehg@girardgibbs.com
mbg@girardgibbs.com
smg@girardgibbs.com

*Counsel for Individual and Representative Plaintiff Hoa Tran*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA TRAN,<br><br>              Plaintiff,<br><br>    v.<br><br>SVTC TECHNOLOGIES, INC.; SVTC SOLAR, INC.; SVTC TECHNOLOGIES, LLC,<br><br>              Defendants. | Case No: 5:12-cv-04970-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

1   Upon consideration of the Motion for Attorneys' Fees and Costs (the "Motion") filed by Plaintiff
2   Hoa Tran in the above-captioned case seeking Court approval of an award of attorneys' fees and
3   reimbursement of costs from the Settlement Fund as set forth in terms of the parties' Settlement
4   Agreement, and the Declaration of Matthew B. George filed in support thereof, and having reviewed and
5   considered the terms and conditions of the proposed Settlement Agreement, a copy of which has been
6   submitted with the Motion and the terms of which are incorporated in this Order; and no objection or
7   opposition to the Motion having been submitted; and the Court having jurisdiction to consider the
8   Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1331 and 1367, as well as the
9   federal and California WARN Acts, 29 U.S.C. §§ 2102, 2104, and Cal. Lab. Code § 1404, as well as
10  Federal Rule of Civil Procedure 23(h), and venue being proper before the Court pursuant to 28 U.S.C. §
11  1391(b) and (c); and upon the hearing on the Motion and after due deliberation, and good and sufficient
12  cause appearing therefore;

13   **THE COURT HEREBY ORDERS, FINDS AND ADJUDGES AS FOLLOWS:**

14   Plaintiffs' motion is **GRANTED**.  As Class Counsel, the law firm of Girard Gibbs LLP is
15  awarded 25% of the Settlement Fund, or $29,375, for their reasonable attorneys' fees.  The Court also
16  approves reimbursement to Class Counsel of $7,325.15 from the Settlement Fund to cover their
17  reasonable costs of litigation as well as the costs settlement administration.

18   This Court shall retain jurisdiction with respect to all matters arising from or related to the
19  implementation of the Settlement Agreement or this Order.

20

21  **IT IS SO ORDERED.**

22

23  DATED: _____ 2013                    _____
                                                 Edward J. Davila
24                                               U.S. District Judge
25

26

27                                        1

28  [PROPOSED] ORDER GRANTING
    PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS
    CASE NO. 5:12-CV-04970-EJD